AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF  MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

FELIX POLONIA MORILLO
A/K/A EDDIE MERCADO
A/K/A JOSE LUIS SANTIAGO
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ05- M-242 JCA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  February 10, 2003  in  Suffolk  county, in the _____ District of  Massachusetts  defendant(x) did, (Track Statutory Language of Offense) willfully and knowingly make a false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws,

in violation of Title  18  United States Code, Section(x)  1542 .

I further state that I am a(n)  Special Agent, Dept. of State  and that this complaint is based on the following
                                         Official Title
facts:

See attached affidavit of Michael Douglas Nolan.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_Michael A. Nolan_
Signature of Complainant

Sworn to before me and subscribed in my presence,

6/23/05
Date

Boston, Massachusetts
City and State

LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEPT OF STATE

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Felix Polonia Morillo   Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1968   **SSN (last 4 #):** ____   **Sex** M   **Race:** ____   **Nationality:** Dominican

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** John A. Capin   **Bar Number if applicable** 557277

**Interpreter:** ☒ Yes ☐ No   **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  immigration detainee  in  Puerto Rico .

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 23, 2005   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Felix Polonia Morillo

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1542 | Passport Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____