```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

**05 CR 10196 DPW**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| V.                       ) | 18 U.S.C. § 1542 |
| )                          | False Statement on a Passport |
| FELIX POLONIA MORILLO    ) | Application |
| a/k/a EDDIE MERCADO      ) | |
| a/k/a JOSE LUIS SANTIAGO ) | |

## INDICTMENT

**COUNT ONE:**
**18 U.S.C. § 1542**
**(False Statement on a Passport Application)**

The Grand Jury charges that:

On or about February 10, 2003, in Roxbury, in the District of Massachusetts,

**FELIX POLONIA MORILLO,**

defendant herein, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

-1-

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
S. WAQAR HASIB
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August  3  , 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk  @ 11:25 AM
8/3.05

-2-

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10196 DPW**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Roxbury    Category No. II    Investigating Agency  DSS

City  Boston         Related Case Information:

County  25025       Superseding Ind./ Inf.  N/A    Case No.  N/A
Same Defendant  N/A    New Defendant  N/A
Magistrate Judge Case Number    MJ05-M-242-JLA
Search Warrant Case Number  N/A
R 20/R 40 from District of  N/A

**Defendant Information:**

Defendant Name  Felix Polonia Morillo      Juvenile  [ ] Yes  [X] No

Alias Name  Eddie Mercado; Jose Luis Santiago

Address

Birth date (Year only): 1968  SSN (last 4 #):     Sex  M  Race: Hispanic  Nationality: Dominican

Defense Counsel if known:  Robert B. Carmel-Montes    Address: One Center Plaza, Suite 240
Boston, MA 02108

Bar Number:

**U.S. Attorney Information:**

AUSA  S. Waqar Hasib        Bar Number if applicable  California 234818

Interpreter:  [X] Yes  [ ] No    List language and/or dialect:  Spanish

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

Arrest Date:  June 12, 2005

[X] Already in Federal Custody as  defendant   in  U.S. v. Morillo   .
[ ] Already in State Custody      [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by       on

Charging Document:   [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:   [ ] Petty     [ ] Misdemeanor     [1] Felony

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 3, 2005    Signature of AUSA:

05 CR 10196 DPW

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Felix Polonia Morillo

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1542 | False statement on a passport | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**